UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS


**Eber Isaac Lopez Gonzalez**


    **V.**

                          **CIVIL ACTION NO. 1:26-cv-11635-MJJ**


**Lyons et al**

ORDER OF DISMISSAL


**JOUN, D.J.**


    In accordance with the Respondents' Status Report dated April 22, 2026, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.


April 22, 2026

                          /s/ Sophie Phillips
                          ---------------------------
                          **Deputy Clerk**